BROWN MCGARRY NIMEROFF LLC
A Pennsylvania Limited Liability Company
Jami B. Nimeroff, Esquire
Sigmund Fleck, Esquire
1500 John F. Kennedy Boulevard
Two Penn Center, Suite 610
Philadelphia, PA  19102
Phone: (267) 861-5330
Fax: (267) 350-9050

*Attorneys for Plaintiffs DISH Network L.L.C.,*
*EchoStar Technologies L.L.C., and NagraStar LCC*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ELMORE SPENCER,  )<br>)<br>Defendant.  )<br>) | Case No. 2:15-cv-07938-MCA-MAH |

### **WARRANT OF SATISFACTION OF JUDGMENT**

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively "Plaintiffs"), by and through their undersigned counsel, hereby submit this Warrant of Satisfaction of Judgment.

WHEREAS a Final Judgment and Permanent Injunction was entered in the above-captioned action on June 20, 2016, against Defendant Elmore Spencer ("Defendant") and in favor of Plaintiffs in the amount of $100,000. (Dkt. 20.)  Plaintiffs acknowledge that a settlement agreement has been paid in full by Defendant.

THEREFORE, satisfaction of said judgment is warranted, and the Clerk of the Court is

hereby authorized to make entry of the satisfaction of judgment on the docket. The filing of this Warrant of Satisfaction of Judgment is limited to the monetary portion of the Final Judgment. The permanent injunction remains in full force and effect. In addition, this Warrant in no way limits Plaintiffs' right to recover damages from Defendant, including liquated damages, should Defendant violate any other provision of the parties' underlying settlement agreement.

Dated: March 22, 2022                    Respectfully submitted,

                                         BROWN MCGARRY NIMEROFF LLC
                                         A Pennsylvania Limited Liability Company

                                         By: /s/ Jami B. Nimeroff
                                         Jami B. Nimeroff, Esquire
                                         Sigmund Fleck, Esquire
                                         1500 John F. Kennedy Boulevard
                                         Two Penn Center, Suite 610
                                         Philadelphia, PA  19102
                                         Phone: (267) 861-5330
                                         Fax: (267) 350-9050

                                         *Attorneys for Plaintiffs DISH Network L.L.C.,*
                                         *EchoStar Technologies L.L.C., and NagraStar LCC*

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on March 22, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, and to be served upon all parties requesting service therefrom. The document is available for viewing and downloading. I further certify that I caused a true and correct copy of the foregoing to be served via Certified Mail upon the following non-CM/ECF participant:

Elmore Spencer
20 Spencer Wells Road
Martinsville, VA 24112

/s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire